IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **VICTOR & JANET MINAS,** | : | |
| | : | |
|     **Plaintiffs,** | : | |
| | : | |
| v. | : | **CASE NO.:  7:23-CV-102 (WLS)** |
| | : | |
| **CITRUS TRANSPORT, LLC,** | : | |
| **DOLO TRUCKING CO., ANTHONY** | : | |
| **CORNELIUS WILLIAMS, and** | : | |
| **TRISURA SPECIALTY INS. CO.,** | : | |
| | : | |
|     **Defendants.** | : | |
| | : | |
| | : | |

**ORDER**

Presently before the Court is the Parties' Joint Notice of Settlement (Doc. 22) ("Motion"). Therein, the Parties notify the Court that the Parties have agreed to settle this case. The Parties state that they are in the process of finalizing the settlement documents and expect to file a stipulation of dismissal of all claims within sixty (60) days of the Notice (Doc. 22) once they have completed the settlement.

For good cause, the Motion (Doc. 22) is **GRANTED**. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims **no later than Monday, November 4, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 10th day of September 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**