# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| VICTOR & JANET MINAS, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:23-CV-102 (WLS) |
| CITRUS TRANSPORT, LLC, DOLO TRUCKING CO., ANTHONY CORNELIUS WILLIAMS, and TRISURA SPECIALTY INS. CO., | : |
| Defendants. | : |

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice (Doc. 24), filed by Plaintiffs on November 1, 2024. Therein, in accordance with the Court's Order (Doc. 23) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal, with prejudice, of this matter.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation. Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiffs' claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 6th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**