IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VICTOR AND JANET MINAS, | * |
| Plaintiffs, | * |
| v. | Case No. 7:23-cv-102 (WLS) |
| | * |
| CITRUS TRANSPORT, LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk